FILED
DEC 1 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8975

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Ismael ORTEGA | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

That on or about December 10, 2007, within the Southern District of California, defendant Ismael ORTEGA did knowingly and intentionally import approximately 48.90 kilograms (107.58 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached statement of facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this 11th day of December 2007.

_____
Peter C. Lewis
United States Magistrate-Judge

UNITED STATES OF AMERICA
v.
Ismael ORTEGA

STATEMENT OF FACTS

This complaint is based on the reports and documents furnished to U. S. Immigration and Customs Enforcement Special Agent Russell H. Vensk Jr. and the interview of Ismael ORTEGA.

On December 10, 2007, at approximately 2223 hours, ORTEGA, a U.S. citizen, entered the U.S. at the Calexico, Ca. West Port of Entry from Mexico. ORTEGA was the driver and sole occupant of a 1995 Isuzu Rodeo.

At primary, Customs & Border Protection Officer (CBPO) Hector Flores inspected the vehicle. CBPO Flores tapped the spare tire and noticed it felt solid. CBPO Flores then escorted ORTEGA and the vehicle to secondary inspection.

In secondary, Canine Enforcement Officer Scott Parrish screened the vehicle with Narcotic Detector Dog (NDD) Josey. NDD Josey alerted to the presence of contraband concealed within the tailgate and dirver's side of the rear cargo area.

CBPO Flores inspected the vehicle and discovered a package concealed within the left rear quarter panel. CBPO Flores probed the package and extracted a green leafy substance, which he field-tested and which gave a positive indication for the presence of marijuana. CBPO Flores removed a total of forty-five packages from the vehicle. The packages had a total weight of 48.90 kgs. (107.58 lbs.)

ORTEGA was advised of his Miranda rights by SA Vensk. ORTEGA stated he understood his rights and agreed to answer questions without the presence of an attorney. ORTEGA stated he was the owner of the vehicle. ORTEGA stated he knew there was marijuana concealed in the vehicle when he entered the U.S. and knew it was illegal to import marijuana.