# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | CALIFORNIA

UNITED STATES OF AMERICA
       Plaintiff,
  v.
ISMAEL ORTEGA
       Defendant.

**APPEARANCE**

Case Number: 07MJ8975

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
    ISMAEL ORTEGA

    I certify that I am admitted to practice in this court.

12/13/2007
Date

/s/ SHAFFY MOEEL
Signature

Shaffy Moeel / Federal Defenders of SD      238732
Print Name      Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City    State    Zip Code

(619) 234-8467      (619) 687-2666
Phone Number      Fax Number

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: December 13, 2007                             ____/s/ Shaffy Moeel_____
                                                                        SHAFFY MOEEL
                                                                        Federal Defenders of San Diego, Inc.
                                                                        225 Broadway, Suite 900
                                                                        San Diego, CA 92101-5030
                                                                        (619) 234-8467  (tel)
                                                                        (619) 687-2666  (fax)
                                                                        e-mail: Shaffy_Moeel@fd.org